**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JOHNNY M. STAFFORD** | § | |
| | § | |
| **v.** | § | **NO. 6:09-CV-245** |
| | § | |
| **JAMES TATUM AND AMY TATUM** | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 11). The Magistrate Judge recommends dismissing this action because Plaintiff Johnny M. Stafford has failed to prosecute the case and stay in contact with the Court. *Id.* The Magistrate Judge's recommendation was sent to Plaintiff's last known address and it has since been returned as undeliverable with no forwarding address available. (Doc. No. 12). Plaintiff has not otherwise contacted the Court or filed objections to the Magistrate Judge's recommendations.

Accordingly, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 15th day of November, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**